UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-054ML** **DATE: August 17, 2005**

**TITLE: USA v. BRIGIDO CANTE-FRANCO**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER: Ana-Cecilia Rosado**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Stephanie Browne - Govt**
**Edward C. Roy, Jr. - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one Count of the Information: 21 mos' imprisonment; followed by 3 yrs' supervised release. Special condition of s/r: deportation clause. $100 special assessment; no fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**